ACCEPTED
12-15-00047-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 1:40:43 PM
Pam Estes
CLERK

Cause No. 12-15-00047-CV
IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/2/2015 1:40:43 PM

PAM ESTES
Clerk

==============================================================

MARK J. HEALEY
APPELLANT

V.

EDWIN N. HEALEY
APPELLEE

---------------------------------------------------------------------------------------------------------------

*On Appeal from Cause No. 2014C-0638*
*From the 3rd District Court, Henderson County, Texas*
*Honorable Mark Calhoon, Judge Presiding*

---------------------------------------------------------------------------------------------------------------

**MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF**

==============================================================

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Now comes Appellant is Mark J. Healey and moves the Court for an extension of time to November 30, 2015 to file his Reply Brief and in support thereof, would show the Court:

II.

The Appellant's brief without extension is due November 10, 2015.

III.

A Reply Brief is needed in this cause to clearly present the issues to the Court.

### IV.

Appellant's attorney's work schedule makes it extremely difficult to properly prepare a Reply Brief within the 20 day period of the filing of Appellee's Brief and settlement discussions are in progress.

### V.

No previous extensions of time have been requested or granted for Appellant's Reply Brief.

### VI.

Appellant's attorney has conferred with Appellee's attorney regarding this motion and Appellee's attorney does not oppose this motion.

WHEREFORE, Appellant moves the Court for an extension of time until November 30, 2015 in which to file Appellant's Reply Brief.

Respectfully submitted,

STARK & GROOM, LLP
110 E. Corsicana St.
Athens, TX 75751
903-675-5691 Telephone
903-675-6454 Facsimile
stevestark@starkandgroom.com Email


*/s/ Steve Stark*
Steve Stark
State Bar No. 19066000
Attorney for Appellant

**CERTIFICATE OF CONFERENCE**

Appellant's Attorney hereby certifies that he conferred with Koy Killen by telephone on October 29, 2015 and counsel does not oppose the requested extension.

_/s/_ _Steve Stark_

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2015 a true and correct copy of Appellant's Motion To Extend Time of Filing Reply to Appellee's Brief was served on all parties or counsel of record in accordance with rules.

Koy R. Killen                    Via Fax:  817-447-0052
104 South Main Street
Burleson, Texas  76028

Paul C. Healey
3309 Heather Hill
Garland, Texas  75044

_/s/_ _Steve Stark_